JOINT MOTION FOR SETTLEMENT

EXHIBIT A

# RELEASE AND SETTLEMENT AGREEMENT

Mercedes-Benz U.S. International, Inc. (hereinafter "MBUSI"), and James Click, Kenzar Strong, and Freda Strong (all collectively the "Parties") hereby enter into this Release and Settlement Agreement ("Settlement Agreement").

1. This Settlement Agreement is entered into because the Parties, after having consulted their respective attorneys, have concluded that it is in the best interest of the Parties to avoid the further expense and uncertainty of litigation and to enter into this Settlement Agreement on the terms set forth herein.

2. The Parties expressly agree that nothing contained in this Settlement Agreement is, or shall be construed as, an admission of liability, and that MBUSI specifically denies having engaged in any unlawful or wrongful act or omission.

3. On April 28, 2022, James Click filed a complaint in the United States District Court for the Northern District of Alabama, Southern Division, styled *James Click, individually and on behalf of all other similarly situated v. Mercedes-Benz U.S. International, Inc.,* Civil Action No: 2:22-cv-00539-MHH, (hereinafter referred to as "the Lawsuit "). On May 6, 2022, Kenzar Strong and Freda Strong filed in the Lawsuit consents to join wage claim.

4. Thereafter, the Parties engaged in extensive discovery and ultimately engaged in settlement negotiations. As a result of their settlement negotiations, the Parties reached an agreement to settle the Lawsuit on the terms set forth herein.

5. The Parties will seek Court approval of this Settlement and to request the Court to dismiss the Lawsuit with prejudice with each party to bear its own costs.

6. MBUSI agrees it will pay to James Click the total gross amount of $1,500.00. This amount represents payment for liquidated damages for alleged late payment of overtime pay during the Kronos hack. Payment of this amount (as 1099 box 3) will be made by check forwarded to

52465639 v1

Plaintiff's Counsel within 30 days after this Settlement is approved by the Court and the Lawsuit is dismissed with prejudice with each party to bear its own costs. James Click agrees and acknowledges that the payment set out herein makes him fully whole for all damages to which he may be entitled.

7. MBUSI agrees it will pay to Kenzar Strong the total gross amount of $800.00. This amount represents payment for liquidated damages for alleged late payment of overtime pay during the Kronos hack. Payment of this amount (as 1099 box 3) will be made by check forwarded to Plaintiff's Counsel within 30 days after this Settlement is approved by the Court and the Lawsuit is dismissed with prejudice with each party to bear its own costs. Kenzar Strong agrees and acknowledges that the payment set out herein makes him fully whole for all damages to which he may be entitled.

8. MBUSI agrees it will pay to Freda Strong the total gross amount of $200.00. This amount represents payment for liquidated damages for alleged late payment of overtime pay during the Kronos hack. Payment of this amount (as 1099 box 3) will be made by check forwarded to Plaintiff's Counsel within 30 days after this Settlement is approved by the Court and the Lawsuit is dismissed with prejudice with each party to bear its own costs. Freda Strong agrees and acknowledges that the payment set out herein makes her fully whole for all damages to which she may be entitled.

9. MBUSI will pay to Plaintiffs' Counsel the sum of $23,000.00. This payment will be made by check made payable to the Order of Parmet PC Client Trust Account. This payment will be made within 30 days after the Settlement is approved by the Court and the Lawsuit is dismissed with prejudice with each party to bear its own costs.

52465639 v1

10. James Click, Kenzar Strong, and Freda Strong understand and agree that any federal, state, or local taxes or other legal obligations applicable to the above-listed amounts are their responsibility alone. They shall indemnify and hold harmless MBUSI for any additional taxes and fines and penalties that may be assessed against MBUSI because of the payment of the amounts set out hereinabove, if such fines and penalties result from some action or inaction that is the fault of James Click, Kenzar Strong, and/or Freda Strong, respectively.

11. James Click, Kenzar Strong, and Freda Strong understand and agree that they are solely and exclusively responsible for any claim, lien, setoff or other rights that any other person has to any part of the aforementioned amounts, and that they will indemnify, defend, and hold MBUSI harmless, excluding attorneys' fees and costs of defense, in the event that any other person or entity makes any claim whatsoever against MBUSI by reason of any interest in the aforementioned amounts, provided the claim is made by, though, or under James Click, Kenzar Strong, and/or Freda Strong, respectively. If any such claim is made against MBUSI, then MBUSI shall promptly notify James Click, Kenzar Strong, and/or Freda Strong, respectively, within 30 days of notice of the claim. If, within 30 days of James Click, Kenzar Strong, and/or Freda Strong's receiving actual notice of such claim asserted against MBUSI, then James Click, Kenzar Strong, and/or Freda Strong, respectively, declines to defend the claim or matter, then MBUSI may seek indemnity from James Click, Kenzar Strong, and/or Freda Strong, respectively, for such attorneys' fees and costs of defense.

12. James Click, Kenzar Strong, and Freda Strong agree that the monetary payments made to them pursuant to paragraphs 6, 7, 8 and 9 above, are the only monetary payments due them in connection with this Settlement Agreement or the Lawsuit.

13. James Click, Kenzar Strong, and Freda Strong will provide any and all necessary tax documents to MBUSI required for payment of the amounts referenced above in paragraph 6 through 9. Such documents may include W-9 forms.

14. MBUSI, James Click, Kenzar Strong, and Freda Strong agree that they shall execute and submit to the Court all appropriate paperwork necessary for them to seek Court approval of the Settlement.

15. James Click, Kenzar Strong and Freda Strong hereby release and waive any and all claims arising out of the events at issue in the Lawsuit and which were or could have been asserted against MBUSI in the Lawsuit.

16. MBUSI, James Click, Kenzar Strong, and Freda Strong agree that their estates, heirs, personal representatives, executors, administrators, successors, assigns, employees, and other representatives or agents shall be fully bound by this Settlement Agreement and all provisions thereof, just as they are bound.

17. Should any provision of this Settlement Agreement require interpretation or construction, it is agreed by the Parties hereto that the court, administrative body, or other entity interpreting or construing this document shall apply the law of the State of Alabama and federal common law applicable in Alabama, without regard to conflict of law principles, and shall not apply any presumption that the provisions hereof shall be more strictly construed against one party by reason of the rule of construction that a document is to be construed more strictly against the party who itself or through its agents prepared the same, it being agreed that all Parties hereto and/or their respective attorneys and agents have fully participated in the preparation of all provisions of this document. The exclusive jurisdiction and venue for all claims involving the interpretation, enforcement and breach of this Settlement Agreement shall be the United States District Court for the Northern District of Alabama, Southern Division.

18. MBUSI, James Click, Kenzar Strong, and Freda Strong represent and acknowledge that no promise, inducement, or agreement other than what is expressed herein has been made and

that this Settlement Agreement contains the entire understanding and agreement of the Parties. Any modification of this Settlement Agreement shall be ineffective unless in writing signed by the party against whom it is enforced. MBUSI, James Click, Kenzar Strong, and Freda Strong further declare that they have read and fully understand and voluntarily accept the terms and conditions of this Settlement Agreement.

      19.    The Parties hereto agree that this Agreement may be signed in counterparts.

Dated: 12 / 01 / 2023   _____
                                                  James Click

Dated: 12 / 01 / 2023

*Kenzar Strong*
_____
Kenzar Strong

52465639 v1

Doc ID: c1b4dafeb3dcdee61d05eef2cdd491cc61826162

Dated: 12 / 01 / 2023

*Freda strong*

Freda Strong

52465639 v1

Doc ID: 0d9d129afc481eefe2131024e503daad99afb052

For Mercedes-Benz U.S. International, Inc.

By: _W. St_____

Its: _General Counsel_____

Dated: _December 1, 2023_

52465639 v1